**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| WENDY WELLIN, *as the Special Administrator of the Estate of Keith S. Wellin and as Trustee of the Keith S. Wellin Florida Revocable Living Trust u/a/d December 11, 2001*, | ) ) ) ) ) ) | |
| | ) | No. 2:13-cv-1831-DCN |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| PETER J. WELLIN, *et. al.,* | ) ) | |
| Defendants. | ) | |
| LARRY S. McDEVITT, *as Trustee of the Wellin Family 2009 Irrevocable Trust*, | ) ) ) | No. 2:13-cv-3595-DCN |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| PETER J. WELLIN, *et. al.*, | ) ) | |
| Defendants. | ) | |
| PETER J. WELLIN, *et. al.*, | ) ) | |
| Plaintiffs, | ) | No. 2:13-cv-4067-DCN |
| vs. | ) ) ) | |
| WENDY WELLIN, *individually and as Trustee of the Keith S. Wellin Florida Revocable Living Trust u/a/d December 11, 2011*, | ) ) ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

These matters are before the court on the recommendations contained in:

Special Master William L. Howard's report and recommendation re: defendant

1

Wellin children's motion to compel, ECF No. 330[1], dated August 26, 2015; his report

and recommendation re: defendant Wellin children's motion to compel, ECF No. 336,

dated September 23, 2015; and his report and recommendation re: defendant Wellin

children's motion to compel, ECF No. 352, dated October 15, 2015 (collectively, the

"R&Rs").  Pursuant to the R&Rs, the Special Master recommended that:

1.  The court grant defendant Wellin children's motion to compel production of the Hood Law Firm and the Evans Carter Kunes and Bennett retainer letters between those firms and Keith Wellin (ECF No. 299);

2.  The court grant defendant Wellin children's motion to compel production of certain documents from the file of Tom Farace (ECF No. 311) as it pertains to all documents listed in categories II, X, XI, XII, and XIV;[2]

3.  The court grant defendant Wellin children's motion to compel production of certain documents from the file of Tom Farace (ECF No. 311) as it pertains all documents listed in category XIII.

As stated in the court's February 17, 2015 Order Appointing Special Master

(ECF No. 270), the court may "adopt or affirm, modify, wholly or partly reject or

reverse or resubmit" the Special Master's order.  Fed. R. Civ. P. 53(f)(1).  The Order

Appointing Special Master further specifies that:

> Any party objecting to a recommendation or order by the special master must notify the special master, the court, and all other interested parties of its intention to raise an objection (by facsimile or electronic mail) within five business days after receiving the special master's written recommendation.  Thereafter, the said objection must be raised with the court within twenty days of the receipt (by facsimile or electronic mail) of the special master's written recommendation or order.  If no party submits an intention to challenge the special master's written recommendation or order within five business days,

---

[1]    Though Case Nos. 2:13-cv-1831, 2:13-cv-3595, and 2:14-cv-4067 have been consolidated for pre-trial purposes, all references to electronic filing numbers in this order will be directed to filings in Case No. 2:13-cv-1831.

[2]    The Special Master's September 23, 2015 report and recommendation also recommended that the documents in category XIII be provided to the Special Master or court for *in camera* inspection. Such documents were provided to the Special Master and addressed by the Special Master's October 15, 2015 report and recommendation.

the court may adopt the recommended ruling as its order on the disputed issue.

ECF No. 270 at 5–6.

**No party submitted notice of its intention to file an objection to the Special Master's R&Rs within the required time period and no such objection has been filed**.  Accordingly, the Special Master's R&Rs are **ADOPTED**, defendant Wellin children's motion to compel production of certain retainer letters (ECF No. 299) is **GRANTED**, and defendant Wellin children's motion to compel production of certain documents from the file of Tom Farace (ECF No. 311) is **GRANTED**.

**AND IT IS SO ORDERED.**

**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**November 5, 2015**
**Charleston, South Carolina**

3