Wendy C. H. Wellin v. Peter J. Wellin, et al., CA No. 2:13-cv-1831-DCN; Lester S. Schwartz v. Peter Wellin, et al., CA No. 2:13-cv-3595-DCN; Peter Wellin, et al. v. Wendy Wellin, CA No. 2:13-cv-4067-DCN

Gus Wellin's Privilege Log - Updated December 7, 2015

| BATES NO. | DATE(S) | ORIGINATING AUTHOR | RECEIVING PARTIES | DOCUMENT TYPE | SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|
| n/a | 2.27.2014 | Brian C. Duffy, Esq. | Nick Wellin<br>Nathaniel Wellin<br>Gus Wellin<br>Mac King<br>Abby King<br>Claire King<br>Ann Plum<br>Keith Plum | Email with attachment | Initial communication with Duffy & Young, LLC and various communications among clients and counsel thereafter not logged here | ACP/WP |
| Gus Wellin 000001A-D | 1.25.2013 | Various | Various | Text Messages | non-responsive, personal communications | non-responsive, personal communica-tions |
| Gus Wellin 000003 | 10.20.2014 | Nick Wellin | Gus Wellin | Text Messages | Communications with Brian C. Duffy, Esq. | CID/WP |
| Gus Wellin 000004 | 3.30.2015 – 4.1.2015 | Nick Wellin/Gus Wellin | Gus Wellin/Nick Wellin | Text Messages | Communications with Brian C. Duffy, Esq. and staff | CID/WP |
| Gus Wellin 000005 | 2.27.2014 | Brian C. Duffy, Esq. | Ann Plum<br>Keith Plum<br>Nick Wellin<br>Nathaniel Wellin<br>Gus Wellin<br>Mackenzie King<br>Abigail King<br>Claire King | Letter | Representation | ACP |

Key to Privilege abbreviations: ACP – Attorney-client privilege; WP –Work product doctrine; CID - Common Interest Doctrine   **1** | P a g e

Wendy C. H. Wellin v. Peter J. Wellin, et al., CA No. 2:13-cv-1831-DCN; Lester S. Schwartz v. Peter Wellin, et al., CA No. 2:13-cv-3595-DCN; Peter Wellin, et al. v. Wendy Wellin, CA No. 2:13-cv-4067-DCN

Gus Wellin's Privilege Log - Updated December 7, 2015

| BATES NO. | DATE(S) | ORIGINATING AUTHOR | RECEIVING PARTIES | DOCUMENT TYPE | SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|
| Wellin Gus Priv 000006 | 3.11.2014 | Peter Wellin | Gus Wellin | Text messages | Legal representation | CID/WP |
| Wellin Gus Priv 000007 | 3.31.2014-4.1.2014 | Gus Wellin | Nick Wellin | Text messages | Lawsuits and communication with Duffy & Young, LLC | CID/WP |
| Wellin Gus Priv 000008 | 10.20.2014 | Nick Wellin | Gus Wellin | Text messages | Lawsuits and communication with Duffy & Young, LLC | CID/WP |
| Wellin Gus Priv 000009-000011 | 11.12.2014-11.13.2014 | Keith Plum | Mac King<br>Anne Plum<br>Nick Wellin<br>Abigail King<br>Gus Wellin<br>Claire King<br>Nathaniel Wellin | Text messages | Lawsuits and communication with Duffy & Young, LLC | CID/WP |

Key to Privilege abbreviations: ACP – Attorney-client privilege; WP –Work product doctrine; CID - Common Interest Doctrine   2 | P a g e